RECEIVED
JAN 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 16-cr-237** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **ADAM MICAH BALTUTIS** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 24 day of January, 2017.

**DEE D. DRELL**
Chief Judge